UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00056-2 |
| | ) | JUDGE CAMPBELL |
| ANTONIO DUARTE | ) | |

## ORDER

Pending before the Court is a Motion for Interpretative Service (Docket No. 89). The Motion is GRANTED. Through the Motion, Defendant requests authorization to expend up to $2,400, pursuant to 18 U.S.C. § 3006A(e), to employ the services of an interpreter.

The Motion is GRANTED. The Court finds that the services are reasonably necessary to Defendant's representation, and pursuant to 18 U.S.C. § 3006A(e), authorizes Defendant's counsel to expend up to $2,400 for these services.

It is so ORDERED.

                                             TODD J. CAMPBELL
                                             UNITED STATES DISTRICT JUDGE