UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00056-2 |
| | ) | JUDGE CAMPBELL |
| ANTONIO DUARTE | ) | |

ORDER

Pending before the Court is a Motion to Extend Change of Plea Deadline (Docket No. 88). The Motion is GRANTED in part as follows:

The pretrial conference and/or change of plea hearing is RESCHEDULED for October 10, 2013, at 11:00 a.m. Any proposed plea agreement shall be submitted to the Court by October 9, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE